| Case | Details |
|---|---|
| 06-60495 | WENDY SOLOMON<br>DEBTOR DID NOT CASH CHECK<br>CHECK #461782 FOR $789.09<br>WENDY J SOLOMON<br>157 US RT 42<br>WEST SALEM, OH  44287 |
| 05-61761 | PHYLLIS HEIL<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461783 FOR $65.43<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 05-64798 | DONALD DIXON<br>MARTHA DIXON<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461784 FOR $25.60<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 06-60141 | RICHARD SWONGER<br>DIANA SWONGER<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461785 FOR $61.48<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 06-60236 | RICHARD DANIELS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461786 FOR $14.99<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |
| 06-62670 | ERNEST ANDREWS<br>LUCINDA ANDREWS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #461787 FOR $66.87<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 41067<br>NORFOLK, VA  23541 |